# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KRISTIAN JORDAN, et al.**                                                                 **PLAINTIFFS**

**V.**                              **NO. 4:08CV00590 GTE/BD**

**SALINE COUNTY DETENTION FACILITY**                                      **DEFENDANT**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere.  The parties have not filed any objections.  After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff Morphis is DISMISSED WITHOUT PREJUDICE and the claims against the Saline County Detention Facility are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 12th day of September, 2008.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE