IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KRISTIAN JORDAN**                                                           **PLAINTIFF**

V.                      **CASE NO. 4:08CV00590 BD**

**SALINE COUNTY DETENTION FACILITY, et al.**              **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 30th day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE